1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA


LAURA FUJISAWA, et al.        )
                             )
          Plaintiff(s),      )      No. C07-5642 BZ
                             )
     v.                      )      Related Cases: C07-3431 BZ
                             )                     C08-4118 BZ
COMPASS VISION, INC., et     )                     C09-2016 BZ
al.,                         )
                             )      **ORDER SCHEDULING TELEPHONE**
                             )      **CONFERENCE**
          Defendant(s).      )
_____)

    Following a telephone conference where all parties were
represented by counsel, **IT IS ORDERED THAT** the parties meet
and confer regarding the scheduling of future depositions.
The parties are **ORDERED** by **JANUARY 8, 2010** to stipulate to and
file a list of deponents whose testimony would be impacted by
Magistrate Judge Hollows's ruling regarding the state
privilege together with a proposed schedule, if Judge Hollows
rules from the bench.  A telephonic conference is scheduled
for **JANUARY 11, 2010 at 3:00 p.m.,** to discuss discovery
issues.  Counsel shall contact **CourtCall**, telephonic

//

//

1

1   court appearances at **1-888-882-6878**, and make arrangements for

2   the telephonic conference call.

3   Dated: December 16, 2009

4                                    Bernard Zimmerman
                              United States Magistrate Judge

5

6   G:\BZALL\-BZCASES\FUJISAWA V. COMPASS VISION\ORDER SCHEDULING TEL CONF.wpd

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28